USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12.17.19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARA KIM et al.,

          Plaintiffs,

- against -

STEPHEN CHOI et al.,

          Defendants.

19cv8911 (JGK)

**ORDER**

---

**JOHN G. KOELTL, District Judge:**

The parties consented to trial before the Magistrate Judge. The time for the defendants to move for judgment on the pleadings is extended to **January 17, 2020**. Discovery is stayed pending further action by the Magistrate Judge.

**SO ORDERED.**

Dated:    New York, New York
           December 16, 2019

                                      John G. Koeltl
                                  United States District Judge