# THE LAW OFFICES OF SCOTT CAPLAN, P.C.

| | | |
|---|---|---|
| 34-18 Northern Blvd., Ste. B28 | Tel: (929) 344-5545 | scott@scottcaplanlaw.com |
| Long Island City, NY 11101 | Fax: (929) 344-5546 | |

January 19, 2021

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

By ECF

                Re:         **Kim v. Choi et al., Case No. 19 CV 8911 (OTW)**

Dear Judge Wang:

      This firm represents the Plaintiffs, Sara Kim and Angelo Duva, in the above-referenced action. As I informed the Court by letter dated August 26, 2020 (Dkt. 44), Defendant Tripi filed a petition for Chapter 7 bankruptcy, after the parties had agreed on the basic terms of the Settlement Agreement during a mediation held through this Court's mediation program, but before the Settlement Agreement was executed. The same letter requested a short extension of the deadline to submit a *Cheeks* application, in order to allow further consideration of whether the automatic stay under 11 U.S.C. § 362 prevented the Rule 41 dismissal of the action. The Court granted the extension request. (Dkt. 45.) On September 2, 2020, the Plaintiffs submitted an unopposed *Cheeks* application. (Dkt. 46.)

      I am now writing to inform the Court that the United States Bankruptcy Court for the Eastern District of New York granted Ms. Tripi a discharge under 11 U.S.C. § 727 on November 18, 2020. A filestamped copy of the Bankruptcy Court's order is attached to this letter.

                                                                          Respectfully submitted,

                                                                         /s/ Scott Caplan

                                                                           Scott Caplan

Enclosure

cc:       (By E-mail)
           Ms. Susanne Keane, limited appearance *pro bono* counsel for Defendants
           (skeane@nylag.org)

Hon. Ona T. Wang
Jan. 19, 2021
Page 2

(By ECF)
Stephen Choi and Christine Tripi, *pro se* Defendants